UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DANIEL ANTHONY QUEZADA,

        Defendant.
_____/

Case No. 1:25-cr-20841

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ACCEPTING GUILTY PLEA

On December 3, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Daniel Anthony Quezada consent. *See* ECF Nos. 10; 13. On December 8, 2025, Judge Morris issued a report (R&R) recommending that this Court accept Defendant's guilty plea. ECF No. 15. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 15, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**.

Dated: December 24, 2025                s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge